Osvaldo ORTIZ–BENITEZ, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE,**
Appellee.

Supreme Court of Pennsylvania.

April 29, 2003.

### ORDER

PER CURIAM.

AND NOW, this 29th day of April, 2003, probable jurisdiction is noted. The appeal is quashed as untimely. 42 Pa.C.S. 5571; Pa.R.A.P. 105(b).

Roderick LEAR, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE,**
Appellee.

Supreme Court of Pennsylvania.

May 5, 2003.

### ORDER

PER CURIAM.

AND NOW, this 5th day of May, 2003, probable jurisdiction is noted and the order appealed is affirmed.